**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Red Booth, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  46-2880378

4. **Debtor's address**

   Principal place of business

   5757 W. Century Blvd.
   #700
   Los Angeles, CA 90045
   Number, Street, City, State & ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **Red Booth, Inc.**        Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4859**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Rideshare Port Management, LLC** | Relationship | **Related Entites** |
| District | **Central District of California (Los Angeles)**    When **10/23/17** | Case number, if known | **17-22974** |

Debtor    **Red Booth, Inc.**    Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Red Booth, Inc.**  Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 23, 2017**
MM / DD / YYYY

X **/s/ Rattan Joea**                           **Rattan Joea**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Sandford L. Frey**                       Date  **October 23, 2017**
Signature of attorney for debtor                 MM / DD / YYYY

**Sandford L. Frey**
Printed name

**Leech Tishman Fuscaldo & Lampl, Inc.**
Firm name

**633 West Fifth**
**48th Floor**
**Los Angeles, CA 90007**
Number, Street, City, State & ZIP Code

Contact phone  **213.246.4970**    Email address  **sfrey@leechtishman.com**

**117058 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: Red Booth, Inc.
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alex Likhterman 75 W. Yale Loop Irvine, CA 92604 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Broadband Dynamics 8757 E. Via De Commercio #100 Scottsdale, AZ 85258 | | Claim for Breach of Service | Disputed | | | $0.00 |
| Carlos Lizardo 20949 Ambushers Street Diamond Bar, CA 91765 | | Claim for Wrongful Termination | Disputed | | | $0.00 |
| Gary Oganesian 12828 Oxnard Street, Apt. #7 North Hollywood, CA 91606 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Hassan Mahmoudi 3800 Parkview Lane Apt. 35D Irvine, CA 92612 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Howard Miller P.O. Box 432171 Los Angeles, CA 90043 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Jose Diaz 2541/2 E. 220th Street Carson, CA 90745 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Juan Martinez 702 N. Parkcenter Drive #17 Santa Ana, CA 92705 | | Claim for Labor Code Violations | Disputed | | | $0.00 |

Debtor  **Red Booth, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Raymond Moradian 1023 Thompson Avenue Apt. 5 Glendale, CA 91201 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Roberto Martinez 2991 Chestnut Ave. Long Beach, CA 90806 | | Claim for Labor Code Violations | Disputed | | | $0.00 |
| Ronaldo Ramos 11519 183rd Street Artesia, CA 90701 | | Claim for Wrongful Termination | Disputed | | | $0.00 |
| Valo Khalatian 7755 Via Capri Burbank, CA 91504 | | Employment Claims | Disputed | | | $0.00 |
| Vince Olivar 12867 Bahama Court Rancho Cucamonga, CA 91739 | | Claim for Wrongful Termination | Disputed | | | $0.00 |
| Wells Fargo P.O. Box 14517 Des Moines, IA 50306 | | | | | | $25,049.25 |

# United States Bankruptcy Court
## Central District of California

In re  **Red Booth, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Self Help Trust**<br>**Kumar Bhatt, Trustee**<br>**10208 Icefield Court**<br>**Corona, CA 92883** | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 23, 2017**        Signature  **/s/ Rattan Joea**

**Rattan Joea**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Red Booth, Inc.
5757 W. Century Blvd.
#700
Los Angeles, CA 90045


Sandford L. Frey
Leech Tishman Fuscaldo & Lampl, Inc.
633 West Fifth
48th Floor
Los Angeles, CA 90007


Alex Likhterman
75 W. Yale Loop
Irvine, CA 92604


Barrister Executive Suites, Inc.
11500 Olympic Blvd.
Suite 400
Los Angeles, CA 90064


Broadband Dynamics
8757 E. Via De Commercio #100
Scottsdale, AZ 85258


Carlos Lizardo
20949 Ambushers Street
Diamond Bar, CA 91765


Gary Oganesian
12828 Oxnard Street,
Apt. #7
North Hollywood, CA 91606


Hassan Mahmoudi
3800 Parkview Lane
Apt. 35D
Irvine, CA 92612
```

Howard Miller
P.O. Box 432171
Los Angeles, CA 90043


Jose Diaz
2541/2 E. 220th Street
Carson, CA 90745


Juan Martinez
702 N. Parkcenter Drive #17
Santa Ana, CA 92705


Kaushaal Laxmee
40054 Denhan Drive
Palmdale, CA 93551


Raymond Moradian
1023 Thompson Avenue
Apt. 5
Glendale, CA 91201


Roberto Martinez
2991 Chestnut Ave.
Long Beach, CA 90806


Ronaldo Ramos
11519 183rd Street
Artesia, CA 90701


Self Help Trust
Kumar Bhatt, Trustee
10208 Icefield Court
Corona, CA 92883

```
Valo Khalatian
7755 Via Capri
Burbank, CA 91504


Vince Olivar
12867 Bahama Court
Rancho Cucamonga, CA 91739


Wells Fargo
P.O. Box 14517
Des Moines, IA 50306
```